# EXHIBIT A

# SALES CONTRACT FOR REAL ESTATE



THIS AGREEMENT is made on **January 9, 2024** by and between Thomas Baker (**Owner/s of Record**), hereafter called Seller(s), and Rebekah J. Sweeney and/or LLC to be Created, hereafter called Buyer. Buyer and Seller shall hereafter jointly be referred to as the "Parties".

I. **DESCRIPTION OF THE PREMISES.** Seller(s) agrees to sell to Buyer the property located at:

**2525 S Broad St Philadelphia, PA  19148**

Description Written as Follows: **AS IS Condition**

Description includes any fixtures, window and floor coverings, built-in appliances, draperies including hardware, shades, blinds, window and door screens, awnings, outdoor plants, trees, and other permanently attached items now on premises.

I. **PURCHASE PRICE.**

The Seller agrees to convey property to Buyer for the sum of

<u>Purchase price:</u> $450,000.00 ( Four Hundred Fifty Thousand Dollars)

<u>Earnest Money Deposit: $ 1000.00</u>

II. **TERMS.** The following terms are applicable to this contract:

1) Title fees and other title costs are to be paid in the following fashion – <u>**Paid in full by Buyer**</u>.

2) Any Taxes (Not Transfer Taxes), Liens, and or Mortgage owed will  be closed and <u>**paid in full by the Seller.**</u>

3) The Seller and Buyer will set closing to be as soon as possible for all parties, but no later than <u>**60 Business Days after date of Ratification**</u> without written addendum to this agreement.  If closing is not possible within this time due to issues that arise during title search, closing may be extended for 15 days, at option of Buyer.

4) The property is being <u>**SOLD AS-IS, where-is with all defects in condition being at the sole risk of the Buyer.**</u> Seller shall not be responsible for any repairs of any kind whatsoever, including repair of damage caused by and resolution of wood destroying organisms. Further, Seller does not warrant that any work done on the property by Seller or anyone previously owning the property was done to code or with permits.

5) At Settlement, the **Buyer** and **Seller** will each pay their **respective transfer taxes**.

6) Earnest money to be held in escrow by Buyer's title company:
<u>AC Abstract LLC 526 Greystone Rd Merion, PA 19066</u>

SELLER: _/s/ Thomas Baker_         BUYER: _/s/ Rebekah Sweeney_

7) Seller to provide Buyer with permission to access property solely for purposes such as evaluation of repairs needed and for final inspection. Sale is Contingent upon the results of the home inspection and contractor's repair estimate being acceptable by the buyer. If property is vacant, Seller shall provide Buyer with a key to access property specifically for the reasons above. Key shall be provided on the date of Ratification.

8) Sale is contingent upon buyer negotiations with City in regards to lowering liens, judgements and fees.

9) This offer is contingent on the Seller providing a clear title to the Buyer. The Buyer will have the allocated time period stated in Term #3 to determine if the title is insurable. If the title is not insurable, this agreement shall be terminated, any and all earnest money will be refunded to the Buyer.

10) Seller is to provide all leases, estate documents, payoffs and any other title documentation requested by the title company. If any outstanding documents have not been received 5 business days prior to closing, the seller grants 15 business days to the buyer to close once all documents have been received by the title company.

11) The Title report and survey, if required, will be ordered promptly and, if not available on the settlement Date, then Settlement may be delayed for up to 14 business days to obtain the title report and survey after which this Contract, at the option of the Buyer, may be terminated and the Deposit will be refunded in full to the Buyer.

12) Seller understands that Buyer does not intend to live at the residence, but plans to rent, lease, assign or sell for a profit. Seller consents to give Buyer the right to post the Property on all websites, including but not limited to the Multiple Listing Services, for the purposes of pre Marketing the Property or to partner with another Buyer.

13) Seller represents that the property is currently not under lease or the property is currently **VACANT**. Buyer will be given sole occupancy at closing unless otherwise specified herein.

14) This Agreement may be executed by the parties in counterparts, all of which shall be deemed to be one and the same Agreement. Electronic signatures are acceptable and valid for this Agreement.

15) **Fair Housing and Equal Opportunity:** This Property is being Sold without regard to race, color, sex, religion, disability, marital status, family status, sexual orientation, age, ancestry, or national origin.

16) **Lead Warning Statement:** Housing built before 1978 may contain lead-based paint. Lead from paint, paint chips, and dust can pose health hazards if not managed properly. Lead exposure is especially harmful to young children and pregnant women. Before renting pre-1978 housing, lessors must disclose the presence of known lead-based paint and/or lead based paint hazards in the dwelling. Lessees must also receive a federally approved pamphlet on lead poisoning prevention.

17) **Other:** Seller shall have 6 months of use from closing date to actively manage and run current business. Seller will pay during said 6 months : Electric, Gas, water and trash removal & business tax. As well as any other related business expsense for the property location 2525 S. Broad St.. Upon commencement of the 6 month term Seller will remove all business equipment.

BUYER: _[signature]_  DATE: 1-9-24

SELLER: _[signature]_    DATE: 1/9/24